IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02954-MJW

WESTPORT INSURANCE CORPORATION,

Plaintiff,

v.

PROFESSIONALS DIRECT INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Stipulated Motion for Entry of Confidentiality Order (docket no. 22) is GRANTED finding good cause shown. The written Stipulated Confidentiality Order (docket no. 22-1) is APPROVED as amended in paragraphs 6, 9, and 10 and made an Order of Court.

Date: January 29, 2015